IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Jimmie Dale Bryant,

Plaintiff,

v.

Trexler Trucking, Inc.,

Defendant.

Civil Action No.: 4:11-cv-02254-RBH

**ORDER**

This matter comes before the Court on Plaintiff's Motion to Resolve Objections as to Deposition Testimony to be Offered at Trial [Doc. # 95]. Having thoroughly reviewed the objections, deposition testimony at issue, and the applicable evidentiary and procedural rules, the Court rules on the parties' respective designations and objections as indicated in the attachment.

**IT IS SO ORDERED.**

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

Florence, South Carolina
March 5, 2013

# DEPOSITION DESIGNATION FORM

DEPONENT NAME: STEPHANIE MONTGOMERY, MD

DATE OF DEPOSITION: November 19, 2012

OFFERING PARTY: PLAINTIFF

| Plaintiff [party] DESIGNATION | Defendant [party] OBJECTION EXPLAIN BASIS OF | Defendant [party] COUNTER DESIGNATION | Court's Ruling |
|---|---|---|---|
| Page 4 Lines 1-25 | No objection. | Page ______ Lines _____ - ______ | |
| Page 5 Lines 1-25 | No objection. | Page ______ Lines _____ - ______ | |
| Page 6 Lines 1-25 | No objection. | Page ______ Lines _____ - ______ | |
| Page 7 Lines 1-25 | No objection. | Page ______ Lines _____ - ______ | |
| Page 8 Lines 1-25 | No objection. | Page ______ Lines _____ - ______ | |
| Page 9 Lines 1-25 | No objection. | Page ______ Lines _____ - ______ | |
| Page 10 Lines 1-25 | No objection. | Page ______ Lines _____ - ______ | |
| Page 11 Lines 1-25 | No objection. | Page ______ Lines _____ - ______ | |
| Page 12 Lines 1-25 | Object to Lines 20 - 25. Hearsay. Best evidence rule. Conway records speak for themselves | Page ______ Lines _____ - ______ | Denied. |

| | | | |
|---|---|---|---|
| Page 13<br>Lines 1- 16; 18-25 | Object to Lines 1-16 & 18-25. Hearsay. Best evidence rule. Conway records speak for themselves.. Answer goes beyond transferring diagnosis. Question suggestive and leading. | Page 13<br>Lines 17 | Denied. |
| Page 14<br>Lines 1-5; 7-25 | Object to Lines 1-5 & 7-25. Hearsay. Best evidence rule. Conway records speak for themselves. Answer goes beyond transferring diagnosis. Question suggestive and leading | Page 14<br>Lines 6 | Denied. |
| Page 15<br>Lines 1-25 | Object to Lines 1-4. Hearsay. Best evidence rule. Conway records speak for themselves. Answer goes beyond transferring diagnosis. Question suggestive and leading. | Page<br>Lines | Denied. |
| Page 16<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 17<br>Lines 1-14; 16-25 | Object Lines 13-14 & 16-25. Leading question and answer to leading question. | Page 17<br>Lines 15 | Denied. |
| Page 18<br>Lines 1-25 | Object Lines 1-12.<br>Answer to leading question. | Page<br>Lines | Denied. |
| Page 19<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 20<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 21<br>Lines 1-25 | No objection except as to Exhibit 1 to deposition being used for anything other than demonstrative purposes in deposition with comments to be redacted. Cumulative to testimony. | Page<br>Lines | Granted to the extent Exhibit 1 is being offered into evidence, as it was not offered as such during the deposition. Denied as to all other grounds. |
| Page 22<br>Lines 1-25 | No objection except as to Exhibit 2 to deposition being used for anything other than demonstrative purposes in deposition with comments to be redacted. Cumulative to testimony | Page<br>Lines | Granted to the extent Exhibit 2 is being offered into evidence, as it was not offered as such during the deposition. Denied as to all other grounds. |
| Page 23<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 24<br>Lines 1-25 | No objection. | Page<br>Lines | |

| | | | |
|---|---|---|---|
| Page 25<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 26<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 27<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 28<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 29<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 30<br>Lines 1-12; 14-25 | Object Lines 1-12 & 14-25. Leading question/answer to leading question.. | Page 30<br>Lines 12 | Denied. |
| Page 31<br>Lines 1-25 | Object Lines 1-20. Answer to leading question. Object to Exhibit 2 being used for anything other than demonstrative purposes in deposition with comments to be redacted. Cumulative to testimony. | Page<br>Lines | Granted to the extent Exhibit 2 is being offered into evidence, as it was not offered as such during the deposition. Denied as to all other grounds. |
| Page 32<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 33<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 34<br>Lines 1-25 | No objection except as to Exhibit 8 to deposition being used for anything other than demonstrative purposes in deposition with comments to be redacted. Cumulative to testimony | Page<br>Lines | Granted to the extent Exhibit 8 is being offered into evidence, as it was not offered as such during the deposition. Denied as to all other grounds. |
| Page 35<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 36<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 37<br>Lines 1-25 | Object Lines 21-25. Admittedly outside of witness' expertise. | Page<br>Lines | Denied. |
| Page 38<br>Lines 1-25 | Object Lines 1-19. Admittedly outside of witness' expertise. | Page<br>Lines | Denied. |
| Page 39<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 40<br>Lines 1-25 | No objection. | Page<br>Lines | |

| | | | |
|---|---|---|---|
| Page 41<br>Lines 1-12; 14-25 | Object lines 10-25. Leading question and answer to leading question. | Page 41<br>Lines 13 | Denied. |
| Page 42<br>Lines 1-25 | Object lines 1-25. Answer to leading question. | Page<br>Lines | Denied. |
| Page 43<br>Lines 1-20; 22-25 | Object Lines 1-14. Answer to leading question.<br>Object Lines 19-20. Leading and suggestive question.<br>Object Lines 22-25. Answer to leading and suggestive question. | Page 43<br>Lines 21 | Denied. |
| Page 44<br>Lines 1-25 | Object Lines 1-21. Answer to leading and suggestive question. | Page<br>Lines | Denied. |
| Page 45<br>Lines 1- 25 | No objection. | Page<br>Lines | |
| Page 46<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 47<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 48<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 49<br>Lines 1-19; 21-25 | Object Lines 14-19. Confusing, suggestive question that is outside of witness' expertise as only managed care and even so, could only state as of that time but still outside area of expertise. Object Lines 21-25 as answer to suggestive/leading question that is outside of witness' expertise and even if it were, she could only state as of that date. Also, how a person responds differs from person to person so answer not specific to Plaintiff. | Page 49<br>Lines 20 | Denied. |
| Page 50<br>Lines 1-25 | Object Lines 1-25 as answer to suggestive/leading question that is outside of witness' expertise and even if it were, she could only state as of that date. Also, how a person responds differs from person to person so answer not specific to Plaintiff so irrelevant. | Page<br>Lines | Denied. |

| | | | |
|---|---|---|---|
| Page 51<br>Lines 1-25 | **Object Lines 1-25 as answer to suggestive/leading question that is outside of witness' expertise and even if it were within expertise, she could only state as of that date. Also, how a person responds differs from person to person so answer not specific to Plaintiff so irrelevant.** | Page<br>Lines | Denied. |
| Page 52<br>Lines 1-13 (@involved) | **Object Lines 1-2 as answer to suggestive/leading question that is outside witness' expertise and even it were within expertise, she could only state as of that date. Also, how a person responds differs from person to person so answer not specific to Plaintiff so irrelevant. No objection to Lines 3-13 as long as stops at word, "involved' as following discussion relates to insurance.** | Page<br>Lines | Denied, but there shall be no mention of insurance. |
| Page 52<br>Lines 20 (@"but") - 25 | No objection provided testimony starts with word, "But" as that which precedes it references insurance. | Page<br>Lines | Granted, as the parties agree. |
| Page 53<br>Lines 1-12; 14-25 | Object Lines 1-12 and 14-25. Outside area of expertise. Cannot say how Plaintiff will respond to a reasonable degree of medical certainty so irrelevant. Object to the use of words, "scrambled egg" as inflammatory and prejudicial. Also, response to improper question. | Page 53<br>Lines 13 | Denied. |
| Page 54<br>Lines 1-25 | Object Lines 1-2 as answer to improper question. | Page<br>Lines | Denied. |
| Page 55<br>Lines 1-10; 12-25 | Object Lines 1-10 and 12-25. Witness stated she could not answer question without looking through all of the physical therapy notes and then counsel asking leading question if there was anything to suggest Plaintiff was not participatory. Remaining part is answer to improper leading question without foundation as she had not re-reviewed all of the therapy records. | Page 55<br>Lines 11 | Granted. |

| | | | |
|---|---|---|---|
| Page 56<br>Lines 1-24 | Object Lines 1-3 as improper question and improper foundation as witness said she would need to look at records to answer. | Page<br>Lines | Granted. |
| Page 57<br>Lines 19-25 | Object Lines 19-21. Question makes counsel seem overly willing to be helpful when simply common practice. Irrelevant testimony. | Page<br>Lines | Denied. |
| Page 58<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 59<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 60<br>Lines 1-10; 11-25 | Object Lines 7-15 as unresponsive to question. Did not even allow attorney to complete question. Volunteered information beyond what intended scope of question was. No independent knowledge. Admitted reliance on others. | Page<br>Lines | Denied. |
| Page 61<br>Lines 1-25 | Object Lines 17-21. Irrelevant. | Page<br>Lines | Denied. |
| Page 62<br>Lines 1-20 | No objection. | Page 62<br>Lines 21-25 | |
| Page 63<br>Lines 1-25 | Object Lines 19-25. Irrelevant. | Page<br>Lines | Denied. |
| Page 64<br>Lines 1-18 & 20-25 | No objection. | Page 64<br>Lines 19 | |
| Page 65<br>Lines 1-4; 6-25 | No objection. | Page 65<br>Lines 5 | |
| Page 66<br>Lines 1-16 | No objection. | Page 66<br>Lines 17-25 | |
| Page 67<br>Lines 23-25 | No objection. | Page<br>Lines | |
| Page 68<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 69<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 70<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 71<br>Lines 1 - 25 | No objection. | Page<br>Lines | |
| Page 72<br>Lines 1- 25 | No objection. | Page<br>Lines | |

| | | | |
|---|---|---|---|
| Page 73<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 74<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 75<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 76<br>1-25 | No objection. | Page<br>Lines | |
| Page 77<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 78<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 79<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 80<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 81<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 82<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 83<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 84<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 85<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 86<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 87<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 88<br>Lines 1-25 | No objection. | Page<br>Lines | |
| Page 89<br>Lines 1-25 | Object Lines 9-25 because contains information that is incorrect and could be misleading to jury. Witness unsure of answer so speculative. | Page<br>Lines | Denied. |
| Page 90<br>Lines 1-25 | Object Lines 1-11 because contains information that is incorrect and could be misleading to jury. Witness unsure of answer so speculative. | Page<br>Lines | Denied. |

| | | | |
|---|---|---|---|
| Page 91<br>Lines 1-3; 13-25 | No objection. | Page<br>Lines | |
| Page 92<br>Lines 1-15 | No objection. | Page<br>Lines | |

Judge R. Bryan Harwell

# DEPOSITION DESIGNATION FORM

DEPONENT NAME: STEPHANIE MONTGOMERY, MD

DATE OF DEPOSITION: November 19, 2012

OFFERING PARTY: DEFENDANT

| Defendant [party] DESIGNATION | Plaintiff [party] OBJECTION EXPLAIN BASIS OF | [party] COUNTER DESIGNATION | Court's Ruling |
|---|---|---|---|
| Page/Line 57/22 -- Page/Line 60/6 | no objection | Page ______ Lines _____ - ______ | |
| Page/Line 60/16 -- Page/Line 61/16 | no objection | Page ______ Lines _____ - ______ | |
| Page/Line 61/22 -- Page/Line 62/22 | objects to 62/21-22 involves seat belts | Page ______ Lines _____ - ______ | Granted. |
| Page/Line 62/24 -- Page/Line 63/18 | object to 62/24 - is answer not question | Page ______ Lines _____ - ______ | Granted. |
| Page/Line 64/20 -- Page/Line 65/4 | no objection | Page ______ Lines _____ - ______ | |
| Page 65 Lines 6 - 8 | no objection | Page ______ Lines _____ - ______ | |
| Page 65 Lines 12 - 14 | no objection | Page ______ Lines _____ - ______ | |
| Page/Line 65/16 -- Page/Line 67/12 | object to 66/17-67/22 calls for speculation by the witness | Page ______ Lines _____ - ______ | Denied. |
| Page 67 Lines 14 - Ø | objects to 67/14-22 calls for specu lation by doctor | Page ______ Lines _____ - ______ | Denied. |

| | | | |
|---|---|---|---|
| Page/Line 67/16 -- Page/Line 69/19 | objects to 67/16-22 calls for speculation by doctor | Page ______ Lines _____ - ______ | Denied. |
| Page/Line 73/19 -- Page/Line 82/5 | no objection | Page ______ Lines _____ - ______ | |
| Page/Line 82/23 -- Page/Line 83/20 | no objection | Page ______ Lines _____ - ______ | |
| Page/Line 86/15 -- Page/Line 89/8 | no objection | Page ______ Lines _____ - ______ | |
| Page/Line 90/13 -- Page/Line 91/3 | no objection | Page ______ Lines _____ - ______ | |
| Page/Line 92/21 (start with "I wanted to ask...") -- Page/Line 94/24 | objection calls for speculation. the doctor is not looking at a current CT Scan of the Plaintiff. She says this but the speculation still exists. | Page ______ Lines _____ - ______ | Denied. |

Judge R. Bryan Harwell